

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2014

No. 04-14-00273-CV

**IN THE INTEREST OF M.G.C.,** a Child,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-00323
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

Appellant's brief was due to be filed no later than July 31, 2014. On August 11, 2014, the clerk of this court issued a notice to appellant that the brief was late and instructed appellant to either file the brief or a motion for extension of time within ten days. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing *within ten (10) days* from the date of this order stating why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a), 42.3(b).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court